# EXHIBIT "3"

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| MEREDITH LARSON <u>et al</u>. | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Civil Action No.  02-01937 (PLF) |
| | * | |
| | * | |
| DEPARTMENT OF STATE <u>et al</u>. | * | |
| | * | |
| Defendants. | * | |

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

<u>**DECLARATION OF PETER REYNOLDS KERNDT**</u>

I, Peter Reynolds Kerndt, pursuant to 28 U.S.C. & 1746, hereby declares the following.

1.   I am a person over eighteen (18) years of age and competent to testify.  I am a plaintiff in this action, and I make this declaration on personal knowledge and in support of the plaintiffs' Opposition.

2.   My sister is Ann Elizabeth Kerndt, who was flying aboard a Cessna 180 airplane piloted by Father William Woods on November 20th 1976 along with four other persons. Father Woods was a Maryknoll Priest who had been active in relocating Guatemalan indigenous people into five farming cooperatives Maryknoll had established in the Ixcan region of northern Guatemala.  My sister, Ann Elizabeth Kerndt, was an agronomist working with Direct Relief Foundation, a non-profit international development agency based in Santa Barbara, California and she was just beginning what was to be a two year assignment working in one of the rural cooperatives, Belen, established by Maryknoll and assisted by Father Woods.

3. On November 20th 1976, the plane, flown by Father Woods, crashed in the Guatemalan highlands near San Juan Cotzal in northern Guatemala killing my sister,

Father William Woods, Michael Okada a physician who was working at a relief hospital in Comalapa, Guatemala, Sellwyn A. Puig a social worker, and John Gawker an architect for the Ixcan project.  San Juan Cotzal is at approximately the mid-point of what was an approximately a 45-minute flight between Guatemala City and Mayalan (the largest of the cooperatives and the destination of the November 20th 1976 flight).  San Juan Cotzal is also the point in that flight that the airplane flew closest to the ground since San Juan Cotzal is the highest elevation on the direct flight path to the Ixcan taken by Father Woods on that day. On November 20th 1976 I was in Comalapa, Guatemala approximately 200 kilometers and near the flight path of the airplane piloted by Father Woods.   On November 21th 1976, Father Ron Henessey,  Maryknoll Regional Superior informed me of the crash and the death of my sister and the others on the airplane.

4.  My family and I were very suspicious about the cause of the plane crash because local reports of the weather had been good and Father Woods was in good health.  We were also suspicious because the Maryknoll Ixcan resettlement project was opposed by the Guatemalan military and Father Woods had received numerous treats against his life for his work supporting the five Ixcan cooperatives.  In an attempt to discover what, in fact, had occurred, my father, Thomas Martin Kerndt, contacted among others the US Congressional offices of Iowa Senator Tom Harkin, and the US Congressional Iowa First District office of Representative Michael Blouin requesting that the National Transportation Safety Board (NTSB) conduct an investigation into the crash.

5.  After some months of delay the NSTB finally sent a person to Guatemala to investigate the crash.  Our family subsequently learned that the NTSB investigator did not visit the crash site but rather filed a report after speaking to Guatemalan military and

other persons in Guatemala City.  After objections to the inadequate nature of the original investigation a repeat visit to Guatemala was made that included a visit to the crash site near San Juan Cotzal.

6.   On November 20th 1976, in or near San Juan Cotzal a large garrison of Guatemalan army troops were stationed.  By report of local area residents it is undisputed that the Guatemalan Army was the first to arrive at the scene of the crash arriving within 20 to 30 minutes.  Local residents also reported that the plane cleared the highest elevation, that the weather and skies were clear and that a "puff of smoke" was seen in the sky at the time the plane circled back and crashed flying full speed into a steep mountainside.  It is also undisputed that there was parts of the plane missing that were never recovered and that personal effects of the deceased were removed by the military. Father Ronald Hennessey, then the Regional Superior for Central America for Maryknoll, eventually recovered the engine from the crash site and had it flown to Houston, Texas in an attempt to identify if there was engine malfunction that contributed to the plane crash. The conclusion of that investigation was that the plane was running at full throttle at the time that it hit the ground and that there was no mechanical failure.

7.  My family received some from Congressional sources information contained in the NTSB report at the conclusion of their investigation.

I do solemnly affirm under the penalties of perjury and upon persona knowledge that the contents of the foregoing paper are true to the best of my knowledge.

Dated: September 8, 2003

/s/
_____

Peter Reynolds Kerndt